IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

V.                                                    CRIMINAL NO. 3:05cr143-TSL-JCS

MERLENE KALILI SAILOR

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against **MERLENE KALILI SAILOR** without prejudice.

    DUNN LAMPTON
    United States Attorney

By:

/s/ Giles Wood Bond, Jr.
GILES WOOD BOND, JR.
Assistant U.S. Attorney
MS Bar No.

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 18th day of April, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE